## WILLIS vs. MISSOURI PACIFIC RAILWAY COMPANY.

Appeal from Grayson county.

*Extra Territorial Jurisdiction of State Courts—Practice.*—In an action for damages against a railway company for the negligent killing of husband, the plaintiff alleged in her petition that the injuries and consequent death occurred in the Indian Territory; that the charter under which the road operated had been adopted in this state; that the company had an office in Grayson county; that plaintiff resided in Grayson county when the suit was instituted; that at the time of the killing the Indian Territory was without law applicable to deceased, plaintiff or other person residing outside of its limits.   Among other things the defendant set up by special demurrer that the petition showed on its face that the State of Texas had no jurisdiction over the subject-matter of the suit.   This special demurrer was sustained, and the plaintiff declining to amend, the cause was dismissed.   HELD, that the statute conferring the right of action in certain survivors for the negligent killing of an individual, provides only for cases arising within the jurisdiction proper of the State of Texas.   The special demurrer was, therefore properly sustained.

Affirmed.   Willie, Chief Justice.